# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2020

160082

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DENNIS PATRICK BIRD, JR.,
      Plaintiff-Appellant,

v

GUS HARRISON CORRECTIONAL FACILITY
WARDEN,
      Defendant-Appellee.

SC: 160082
COA: 348319

_____/

      On order of the Court, the application for leave to appeal the July 18, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2020



Clerk

s0921